[No. 21285-8-III.   Division Three.   December 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAURENCE WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00772-7, Paul A. Bastine, J., entered June 27, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.

[No. 21395-1-III.   Division Three.   December 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RAY CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00389-4, Robert D. Austin, J., entered September 3, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21647-1-III.   Division Three.   December 18, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANCISCO PERALTA-SALGADO, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-1-00105-7, Donald W. Schacht, J., entered November 8, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 44023-3-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TAGAN RAY ARNOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00858-4, Ronald L. Castleberry, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.